SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Index No.:

Date Purchased:

-----------------------------------------------------------------------X

TANYA GOINS,

**SUMMONS**

Plaintiff,

-against-

Plaintiff designates Bronx
County as the place of trial.

The basis of venue is:
CPLR 503(a)
Plaintiff's residence.

STOP & SHOP STORE # 100592, and MDC COASTAL 1,
LLC,

Defendants.

Plaintiff resides at:
120 Co-op City Blvd.
Bronx, NY 10475

-----------------------------------------------------------------------X

**To the above-named Defendants:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner.  In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    BROOKLYN, NEW YORK
          August 6, 2024

*Arkady Frekhtman*

Arkady Frekhtman, Esq.
FREKHTMAN & ASSOCIATES
Attorneys for Plaintiff
60 Bay 26th Street
Brooklyn, New York 11214
(718) 331-7700

TO:    STOP & SHOP STORE # 100592, 240 East Sandford Blvd., Mt. Vernon, NY 10550
       MDC COASTAL 1, LLC -- Via Secretary of State

1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

**VERIFIED COMPLAINT**

-----------------------------------------------------------------------X
TANYA GOINS,

                                    Plaintiff,                          Index No.:

                 -against-
                                                                        Date Purchased:

STOP & SHOP STORE # 100592 and MDC COASTAL 1,
LLC,

                                    Defendants.
-----------------------------------------------------------------------X

Plaintiff, **TANYA GOINS**, by her attorneys, **FREKHTMAN & ASSOCIATES**, complaining

of the Defendants, **STOP & SHOP STORE # 100592** and **MDC COASTAL 1, LLC**, respectfully

alleges, upon information and belief:

1.  That at the time of the commencement of this action, Plaintiff, **TANYA GOINS,** resided

    in the County of Bronx, City and State of New York.

2.  That the cause of action alleged herein arose in the County of Westchester, State of New

    York.

3.  That this action falls within one or more of the exemptions set forth in CPLR §1602.

4.  At all times hereinafter mentioned, Defendant, **STOP & SHOP STORE # 100592**, was

    and still is a Domestic Business Corporation duly organized and existing under and by

    virtue of the laws of the State of New York.

5.  At all times hereinafter mentioned, Defendant, **STOP & SHOP STORE # 100592**, was

    and still is a Foreign Business Corporation duly organized and existing under and by virtue

    of the laws of the State of New York.

2

6. At all times hereinafter mentioned, Defendant, **STOP & SHOP STORE # 100592**, maintained a principal place of business in the County of Westchester, State of New York.

7. At all times hereinafter mentioned, Defendant, **MDC COASTAL 1, LLC**, was and still is a Domestic Business Corporation duly organized and existing under and by virtue of the laws of the State of New York.

8. At all times hereinafter mentioned, Defendant, **MDC COASTAL 1, LLC**, was and still is a Foreign Business Corporation duly organized and existing under and by virtue of the laws of the State of New York.

9. At all times hereinafter mentioned, Defendant, **MDC COASTAL 1, LLC**, was and still is a Domestic Limited Liability Company duly organized and existing under and by virtue of the laws of the State of New York.

10. At all times hereinafter mentioned, Defendant, **MDC COASTAL 1, LLC**, maintained a principal place of business in the County of Albany, State of New York.

11. That on or before August 19, 2021, and at all times herein mentioned, a premises existed in the County of the Westchester, State of New York located at 240 East Sandford Blvd., Mt. Vernon, NY 10550 (Stop & Shop) (hereinafter "premises").

**AS AND FOR A FIRST CAUSE OF ACTION**
**AS AGAINST DEFENDANT STOP & SHOP STORE # 100592**

12. Plaintiff realleges "1" through "11".

13. That on August 19, 2021, and at all times herein mentioned, Defendant, **STOP & SHOP STORE # 100592**, owned the premises.

3

14. That on August 19, 2021, and at all times herein mentioned, Defendant, **STOP & SHOP STORE # 100592**, operated the premises.

15. That on August 19, 2021, and at all times herein mentioned, Defendant, **STOP & SHOP STORE # 100592**, leased the premises.

16. That on August 19, 2021, and at all times herein mentioned, Defendant, **STOP & SHOP STORE # 100592**, managed the premises.

17. That on August 19, 2021, and at all times herein mentioned, Defendant, **STOP & SHOP STORE # 100592**, maintained the premises.

18. That on August 19, 2021, and at all times herein mentioned, Defendant, **STOP & SHOP STORE # 100592,** controlled the premises.

19. That on August 19, 2021, and at all times herein mentioned, Defendant, **STOP & SHOP STORE # 100592**, repaired the premises.

20. That on August 19, 2021, and at all times herein mentioned, Defendant, **STOP & SHOP STORE # 100592**, inspected the premises.

21. That on August 19, 2021, and at all times herein mentioned, the Defendant, **STOP & SHOP STORE # 100592**, had charge and control of the premises.

22. That on August 19, 2021, and at all times herein mentioned, it was the duty of the Defendant, **STOP & SHOP STORE # 100592**, to own, maintain, control, repair, construct, supervise, manage, operate and inspect the premises, in a reasonably safe condition.

4

Case 1:25-cv-03676-LJL    Document 2-1    Filed 05/05/25    Page 5 of 12

23. That on August 19, 2021, and at all times herein mentioned, the Defendant, **STOP & SHOP STORE # 100592**, was negligent in that they breached the aforesaid duties at the premises.

24. That on August 19, 2021, and at all times herein mentioned, the Defendant, **STOP & SHOP STORE # 100592**, was negligent in their ownership, management, control, maintenance, repair, and/or operation of the premises, and, causing, creating, and/or allowing a dangerous and defective condition to exist on said premises.

25. That on August 19, 2021, and at all times herein mentioned, the Defendant, **STOP & SHOP STORE # 100592**, allowed the dangerous, hazardous, defective, and/or trap-like condition to exist upon the premises, despite due notice of the same.

26. That on August 19, 2021, and at all times herein mentioned, the Defendant, **STOP & SHOP STORE # 100592**, knew or should have known about the dangerous, hazardous, defective, and/or trap-like conditions that existed on the premises, and failed to repair, warn, and/or take precautions to protect those persons lawfully upon said premises and more particularly the Plaintiff herein.

27. That on August 19, 2021, and at all times herein mentioned, the Defendant, **STOP & SHOP STORE # 100592**, by their servants, agents and/or employees had actual notice of the aforesaid dangerous and defective condition at the premises.

28. That on August 19, 2021, and at all times herein mentioned, the Defendant, **STOP & SHOP STORE # 100592**, by their servants, agents and/or employees had constructive notice of the aforesaid dangerous and defective condition at the premises.

5

Case 1:25-cv-03676-LJL    Document 2-1    Filed 05/05/25    Page 6 of 12

## AS AND FOR A SECOND CAUSE OF ACTION
## AS AGAINST DEFENDANT MDC COASTAL 1, LLC

29. Plaintiff realleges numbers "1" through "28".

30. That on August 19, 2021, and at all times herein mentioned, Defendant, **MDC COASTAL 1, LLC**, owned the premises.

31. That on August 19, 2021, and at all times herein mentioned, Defendant, **MDC COASTAL 1, LLC**, operated the premises.

32. That on August 19, 2021, and at all times herein mentioned, Defendant, **MDC COASTAL 1, LLC**, leased the premises.

33. That on August 19, 2021, and at all times herein mentioned, Defendant, **MDC COASTAL 1, LLC**, managed the premises.

34. That on August 19, 2021, and at all times herein mentioned, Defendant, **MDC COASTAL 1, LLC**, maintained the premises.

35. That on August 19, 2021, and at all times herein mentioned, Defendant, **MDC COASTAL 1, LLC**, controlled the premises.

36. That on August 19, 2021, and at all times herein mentioned, Defendant, **MDC COASTAL 1, LLC**, repaired the premises.

37. That on August 19, 2021, and at all times herein mentioned, Defendant, **MDC COASTAL 1, LLC**, inspected the premises.

38. That on August 19, 2021, and at all times herein mentioned, the Defendant, **MDC COASTAL 1, LLC,** had charge and control of the premises.

6

39. That on August 19, 2021, and at all times herein mentioned, it was the duty of the Defendant, **MDC COASTAL 1, LLC**, to own, maintain, control, repair, construct, supervise, manage, operate and inspect the premises, in a reasonably safe condition.

40. That on August 19, 2021, and at all times herein mentioned, the Defendant, **MDC COASTAL 1, LLC**, was negligent in that they breached the aforesaid duties at the premises.

41. That on August 19, 2021, and at all times herein mentioned, the Defendant, **MDC COASTAL 1, LLC**, was negligent in their ownership, management, control, maintenance, repair, and/or operation of the premises, and, causing, creating, and/or allowing a dangerous and defective condition to exist on said premises.

42. That on August 19, 2021, and at all times herein mentioned, the Defendant, **MDC COASTAL 1, LLC**, allowed the dangerous, hazardous, defective, and/or trap-like condition to exist upon the premises, despite due notice of the same.

43. That on August 19, 2021, and at all times herein mentioned, the Defendant, **MDC COASTAL 1, LLC**, knew or should have known about the dangerous, hazardous, defective, and/or trap-like conditions that existed on the premises, and failed to repair, warn, clean, and/or take precautions to protect those persons lawfully upon said premises and more particularly the Plaintiff herein.

44. That on August 19, 2021, and at all times herein mentioned, the Defendant, **MDC COASTAL 1, LLC**, by their servants, agents and/or employees had actual notice of the aforesaid dangerous and defective condition at the premises.

7

45. That on August 19, 2021, and at all times herein mentioned, the Defendant, **MDC COASTAL 1, LLC**, by their servants, agents and/or employees had constructive notice of the aforesaid dangerous and defective condition at the premises.

## AS AND FOR A THIRD CAUSE OF ACTION
## AS AGAINST ALL DEFENDANTS

46. Plaintiff realleges numbers "1" through "45".

47. On August 19, 2021, and at all times herein mentioned, Plaintiff **TANYA GOINS**, was lawfully at the premises.

48. That on August 19, 2021, while Plaintiff, **TANYA GOINS**, was lawfully at the premises, Plaintiff was caused to fall and to sustain severe and permanent injuries by reason of the joint and/or several negligence of Defendants, **STOP & SHOP STORE # 100592** and **MDC COASTAL 1, LLC.**

49. The above mentioned occurrence, and the results thereof, were caused by the joint and/or several negligence of the Defendants, **STOP & SHOP STORE # 100592** and **MDC COASTAL 1, LLC,** and/or said Defendants' agents, servants, employees were careless, negligent, in their ownership, operation, control, care, custody, charge, supervision, management, and maintenance of the aforesaid premises, in causing, creating, permitting, and or allowing a dangerous, hazardous, defective, and unsafe condition upon said premises; in failing to undertake proper and/or adequate safety studies and/or surveys; in failing to hire efficient and/or sufficient personnel; in failing to provide plaintiff with reasonably safe condition on subject premises; in failing to properly operate the

8

aforementioned premises; in causing plaintiff to be injured while she was lawfully at the subject premises; in failing to avoid the aforesaid accident which was foreseeable; and the defendants were otherwise jointly and/or severally reckless, careless and negligent.

50. That no negligence on the part of the Plaintiff, **TANYA GOINS,** contributed to the occurrence alleged herein in any manner whatsoever.

51. As a result of the foregoing, Plaintiff, **TANYA GOINS,** was caused to sustain serious injuries and to have suffered pain, shock and mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

52. That by reason of the foregoing, Plaintiff **TANYA GOINS** was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, the Plaintiff, **TANYA GOINS**, demands judgment on all causes of action, jointly and/or severally, against the Defendants **STOP & SHOP STORE # 100592** and **MDC COASTAL 1, LLC,** in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action, and for such other and further relief this Honorable Court deems necessary, just, and proper.

Dated:          Brooklyn, New York
                August 6, 2024

9

Yours, etc.

_Arkady Frekhtman_
Arkady Frekhtman, Esq.

DocuSign Envelope ID: ...
Case 1:25-cv-03676-LJL    Document 2-1    Filed 05/05/25    Page 11 of 12

# INDIVIDUAL VERIFICATION

**STATE OF NEW YORK** )

) SS:

**COUNTY OF** __Kings__ )

_____Tanya Goins_____, **being duly sworn, deposes and says: that**

**deponent is the plaintiff in the within action; that deponent has read the foregoing**

_____Complaint_____ **and knows the contents thereof; that the**

**same is true to deponent's own knowledge, except as to the matters therein stated to**

**be alleged on information and belief, and that as to those matters, deponent believes**

**them to be true.**

DocuSigned by:

**X** _____

392E31CE20714F0...

**Sworn to before me this**

__6th__ **day of** ___August___ **, 20**__24__

_____

**Notary Public**

Kashelka N. Brown
Notary Public – State Of New York
Registration No.: 01BR0019866
Qualified In Nassau County
My Commission Expires on January 12, 2028

*FREKHTMAN & ASSOCIATES*

Index No.:
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

TANYA GOINS,

Plaintiff,

-against-

STOP & SHOP STORE # 100592 and MDC COASTAL 1, LLC,

Defendants.

**Summons and Verified Complaint**

**Frekhtman & Associates**
**Attorneys for Plaintiff**
**60 Bay 26th Street**
**Brooklyn, New York 11214**
**(718) 331-7700**

To:  ALL PARTIES